

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Deutsche Bank National Trust Company, as trustee for the registered holders of Morgan Stanley ABS Capital I Inc. trust 2007-HE5 mortgage pass-through certificates, series 2007-HE5

PLAINTIFF

VS.

CASE NUMBER: 1:10-cv-05293
DISTRICT JUDGE: Charles R. Norgle, Sr.
MAGISTRATE JUDGE: Maria Valdez

Joe Palumbo,

DEFENDANT(S).

## ORDER

THIS CAUSE coming on to be heard on motion of the Plaintiff of an Order, pursuant to a Judgment of Foreclosure and Order of Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f) and 28 U.S.C. §2001(a);

IT IS HEREBY ORDERED that Gerald Nordgren is hereby appointed Special Commissioner for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Order of Sale entered herein.

Dated: 11-19-10          Entered: _____
                                    Judge

James N. Pappas #6291873
Burke Costanza & Cuppy LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313